In the Matter of the Accounting of ANNA EHLERT et al., as Administratrices with the Will Annexed of CONRAD HAMMER, SR., Deceased, Appellants.

THE MARINE TRUST COMPANY OF BUFFALO, Respondent.

(Argued March 13, 1933; decided April 11, 1933.)

*George C. Riley* for appellants.

*Daniel J. Kenefick, Thomas R. Wheeler* and *Fritz Fernow* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.